IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DANIEL PROFFITT,

    Petitioner,        No. CIV S-04-0966 GEB GGH P

    vs.

SCOTT KERNAN, Warden,

    Respondent.        <u>ORDER</u>

_____/

    This petition for writ of habeas corpus was dismissed on March 7, 2005, on grounds that the petition contained unexhausted claims. Judgment was entered accordingly. On September 6, 2006, petitioner filed a letter with the court seeking advice regarding how to proceed. The court may not give petitioner legal advice. However, if petitioner has now exhausted his claims in state court, he may file a new habeas corpus petition in federal court.

    IT IS SO ORDERED.

DATED: September 14, 2006

                    /s/ Gregory G. Hollows
                  _____
                  GREGORY G. HOLLOWS
                  UNITED STATES MAGISTRATE JUDGE

pr966.158