IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DANIEL PROFFITT,

    Petitioner,                   No. CIV S-04-0966 GEB GGH P

    vs.

SCOTT KERNAN, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was denied on March 7, 2005 and judgment entered accordingly. Petitioner's filing, entitled motion for appointment of counsel, filed on October 2, 2008, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document (Docket #46) will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: 10/10/08

                                       /s/ Gregory G. Hollows
                                       _____
                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:ak
prof0966.158