IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DANIEL PROFFIT,

    Petitioner,               No. CIV S-04-0966 GEB GGH P

    vs.

SCOTT KERNAN, Warden,

    Respondent.             ORDER

_____/

        This petition for writ of habeas corpus was dismissed on March 7, 2005 and judgment entered accordingly. Petitioner's filing, entitled motion for an order for transcripts, filed on January 26, 2011, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: February 1, 2011

                                        /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
prof0966.158